No. 71–6059.  DIXON *v.* BLACKLEDGE, WARDEN.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6345.  GATLING *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6367.  INCERTO *v.* PATTERSON, WARDEN.  C. A. 10th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6387.  VINCENT *v.* MOSELEY, WARDEN, ET AL. C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6391.  FREEMAN *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6392.  KORENFELD *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6401.  MINOR ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6436.  HINES *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6438.  BOBBS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.